UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * *

Minnesota Public Radio,

Plaintiff,

vs.                                                    ORDER ADOPTING
                                               REPORT AND RECOMMENDATION

Virginia Beach Educational
Broadcasting Foundation, Inc.,
d/b/a Positive Hit Radio The
Current,

Defendant.                         Civ. No. 06-4667 (PJS/RLE)

* * * * * * * * * * * * * * * * * *

Based upon the Report and Recommendation of United States Magistrate Judge Raymond L.

Erickson, and after an independent review of the files, records and proceedings in the above-entitled

matter, **IT IS ORDERED**:

That the Defendant's Motion to Dismiss or, in the Alternative, to Transfer [Docket No. 6]

is granted, and that this action is transferred to the United States District Court for the Eastern

District of Virginia.


Dated: 9/10/07                         s/Patrick J. Schiltz_____
                                       Patrick J. Schiltz, Judge
                                       United States District Court